IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Williams, Cyndi | Case Number: 07 B 05165 |
| | Judge: Hollis, Pamela S |
| Printed: 3/11/08 | Filed: 3/23/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Ch 7 Conversion: March 5, 2008
Confirmed: June 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,580.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,494.68 |
| Trustee Fee: | | 85.32 |
| Other Funds: | | 0.00 |
| Totals: | 1,580.00 | 1,580.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Legal Helpers | Administrative | 2,200.00 | 1,494.68 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 4. | Ocwen Federal Bank FSB | Secured | 11,318.12 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 326.50 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 50.82 | 0.00 |
| 7. | St James Hospital | Unsecured | 1,886.99 | 0.00 |
| 8. | Nicor Gas | Unsecured | 15.81 | 0.00 |
| 9. | RJM Acquisitions LLC | Unsecured | 11.78 | 0.00 |
| 10. | Creditors Collection Bur | Unsecured | 224.40 | 0.00 |
| 11. | RoundUp Funding LLC | Unsecured | 73.24 | 0.00 |
| 12. | CB USA | Unsecured | 133.68 | 0.00 |
| 13. | Galway Financial Service | Unsecured | 86.94 | 0.00 |
| 14. | American Express | Unsecured | | No Claim Filed |
| 15. | CBCS | Unsecured | | No Claim Filed |
| 16. | AT&T | Unsecured | | No Claim Filed |
| 17. | CBCS | Unsecured | | No Claim Filed |
| 18. | Oberweis Dairy | Unsecured | | No Claim Filed |
| 19. | Collection Company Of America | Unsecured | | No Claim Filed |
| 20. | Computer Credit Service Corp | Unsecured | | No Claim Filed |
| 21. | Dish Network | Unsecured | | No Claim Filed |
| 22. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 23. | Creditors Collection Bur | Unsecured | | No Claim Filed |
| 24. | Harold K Shinsky DDS | Unsecured | | No Claim Filed |
| 25. | Amica Mutual Insurance | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Williams, Cyndi

Printed: 3/11/08

Case Number: 07 B 05165
Judge: Hollis, Pamela S
Filed: 3/23/07

| | | | | |
|---|---|---|---|---|
| 26. | Seventh Avenue | Unsecured | | No Claim Filed |
| 27. | Village Of Olympia Fields | Unsecured | | No Claim Filed |
| 28. | St James Radiologists | Unsecured | | No Claim Filed |
| 29. | Village Of Matteson | Unsecured | | No Claim Filed |
| 30. | Sprint | Unsecured | | No Claim Filed |

_____                                          _____
$ 16,328.28                                        $ 1,494.68

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 85.32 |

_____
$ 85.32

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_